# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BERNABE PALOMINO | § |
| | § Civil Action No. 4:17-CV-822 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |
| | § |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Dkt. #24) and Commissioner's Response (Dkt. #27), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Petition is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Petition (Dkt. #24) is **GRANTED**, and the Commissioner is directed to pay five thousand, nine hundred twenty-four dollars and four cents ($5,924.04) in fees, such payment to be made payable to Plaintiff and mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

SIGNED this the 27th day of May, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE